IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL LEWIS<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA, BOARD OF PROBATION AND PAROLE | CIVIL ACTION<br><br>NO. 13-4513 |

## ORDER

AND NOW, this 4th day of March 2015, for the reasons stated in the foregoing memorandum, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 26), and all responses and replies thereto, and in view of Plaintiff's withdrawal of her claims under 42 U.S.C. §§ 1981 and 1983 and the Pennsylvania Human Relations Act, 43 Pa. Cons. Stat. Ann. § 951 *et seq.* as barred by the Eleventh Amendment, it is hereby ORDERED that:

1. Defendant's Motion for Summary Judgment is DENIED; and

2. Plaintiff's request for sanctions contained in Plaintiff's Brief Opposing Defendant's Motion for Summary Judgment (ECF No. 37), is DENIED.

BY THE COURT:

/s/ Michael M. Baylson

_____
Michael M. Baylson, U.S.D.J.